# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

Vectrix LLC,
    Debtor.

Case No. 14-11381-JNF

Chapter 7

## Report and Hearing Agenda: Chapter 7 Trustee's Objections to Proofs of Claim

Warren E. Agin, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned case, hereby provides the following report and hearing agenda with regard to his objections to proofs of claim:

### Claim no: 60: Massachusetts Department of Revenue

Status: The creditor responded to the objection by withdrawing claim number 60.

Action: Claim number 60 is withdrawn.

### Claim no: 61: Massachusetts Department of Revenue

Status: The creditor responded to the objection by amending claim number 61 to a claim in the total amount of $5,635.35, with $5,377.39 treated as a 507(a)(8) priority claim, and $257.96 treated as a general unsecured claim.

Action: Claim number 61 should be allowed as amended.

### Unopposed Objections

The following parties failed to file an opposition to the Trustee's objections to proofs of claim by April 29, 2016, the deadline established by the court for filing responses:

| **Creditor** | **Recommendation** |
|---|---|
| State of California Franchise Tax Board – Claim 22 | The objection should be sustained and the proof of claim should be reduced to $397.27, with $378.23 of that amount treated as a 507(a)(8) priority claim and $19.04 treated as a general unsecured claim. |
| State of California Franchise Tax Board – Claim 63 | The objection should be sustained and the proof of claim should be disallowed in its entirety and stricken from the claims docket. |

Dated May 3, 2016.

Warren E. Agin, as Trustee,
By his Attorney,

/s/ Daniel Kostrzewa
Daniel Kostrzewa (BBO 691691)
Swiggart & Agin, LLC
197 Portland Street, Fourth Floor
Boston, MA 02114
(617) 742-0110 x 204
dpk@swiggartagin.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

PPI Pet Products, Inc.,
    Debtor.

Case No. 10-11745- HB

Chapter 7

## CERTIFICATE OF SERVICE

I, Daniel Kostrzewa, do hereby certify that:

A. on May 3, 2016, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the **Report and Hearing Agenda: Chapter 7 Trustee's Objections to Proofs of Claim** (the "Pleading"):

    Ryan Kelley

    Warren E. Agin

    Taylor A. Greene

    Thomas K. McCraw

    Alex M. Rodolakis

    Timothy S. Springer

    Office of the U.S. Trustee

B. on May 3, 2016, I served a copy of the Pleadings on the attached service list by mailing a copy of the same by first class mail, postage prepaid, except where the Notice of Electronic Filing indicated that Notice was electronically mailed to the party.

Franchise Tax Board
P.O. Box 242857
Sacramento, CA 94257-0531

Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952


Leslie Physic
Tax Examiner
Box 9564
Boston, MA 02114-9654

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114



   Signed under the penalties of perjury May 3, 2016.

                                            /s/ Daniel Kostrzewa
                                            Daniel Kostrzewa (BBO 691691)
                                            Swiggart & Agin, LLC
                                            197 Portland Street, Fourth Floor
                                            Boston, MA 02114
                                            (617) 742-0110 x 204
                                            dpk@swiggartagin.com